IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | |
| DOUGLASS MANAGEMENT INC. and ) | |
| DIANE DOUGLASS, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**APPENDIX A**

**REQUEST FOR REASONABLE ACCOMMODATION**

If you, a member of your household, or someone associated with you has a disability, and feel that there is a need for a reasonable accommodation for that person to fully enjoy the premises and/or to have equal opportunity to use and enjoy a dwelling unit or the public or common use areas, please complete this form and return it to your Apartment Manager. Check all items that apply and explain fully. The Apartment Manager will assist you in completing this form, and will answer this request in writing within two weeks (or sooner if the situation requires an immediate response).

Name of Tenant or Applicant: _____
Today's Date:_____

Signature of Tenant or Applicant:_____

33. The person(s) who have a disability requiring a reasonable accommodation is:
   ____ Me    ____ A person associated or living with me.
   Name of person with disability: _____
   Phone #:_____
   Address:_____

34. I am requesting the following changes so that I and persons associated or living with me can live here with equal opportunity to use and enjoy the premises (check all of the changes that apply):

   ____ A change in a rule, policy, or practices.

Page 14 of 26

I need the following change:
_____
_____
_____
Other:_____
_____
_____
_____

35. I need this reasonable accommodation because:
_____
_____
_____
_____
_____

_____     _____
**REQUESTER**                        **DATE**


_____     _____
**APARTMENT MANAGER**                **DATE**