IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | |
| DOUGLASS MANAGEMENT INC. and ) | |
| DIANE DOUGLASS, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## APPENDIX B

**Form to be completed by Apartment Manager if Requester cannot or will not complete written form:**

On _____, the undersigned requester orally requested a reasonable accommodation to [describe dwelling unit]:

_____

The reasonable accommodation consisted of:

_____
_____
_____


I, the undersigned, Apartment Manager of the Sulgrave Manor Apartments:

_____    Gave the requester the applicable forms and offered to assist in filling out the forms.
_____    Granted the request.
_____    Explained the request could not be evaluated until the following additional information is provided:

_____
_____

Page 16 of 26

_____       _____
REQUESTER                         DATE

REQUESTER'S ADDRESS:_____

REQUESTER'S TELEPHONE NUMBER:_____

_____       _____
APARTMENT MANAGER                 DATE