IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DOUGLASS MANAGEMENT INC. and )<br>DIANE DOUGLASS, )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. |

**APPENDIX C**

**APPROVAL OR DENIAL OF REASONABLE ACCOMMODATION REQUEST**

Dear: _____:
Address: _____
_____
Phone: (   ) _____
On _____ [date], you requested the following reasonable accommodation [describe request]:
_____
_____
_____

We have (check all that apply):
___ Approved your request. The following reasonable accommodation will be permitted [describe]: _____
_____ .
___ The change is effected immediately.
___ The reasonable accommodation will be permitted by:
[date] _____.

___ To make the change you requested, we must have bids and then arrange installation or we must order certain equipment. We anticipate that the change will be made by [date]: _____, and we will notify you if we discover that there will be a delay. If you have questions, or think that this accommodation will not meet your needs or will take too long to provide, you may file a complaint with the Department of Housing and Urban Development at 451 7th Street S.W., Washington, DC 20410; Telephone: (202) 708-1112.

Page 18 of 26

___ Can neither approve nor deny your request without further information [List information needed]:
_____
_____

___ Denied your request. We have denied your request because [list all reasons that apply]:
_____
_____
_____

We used these facts to deny your request [list]:
_____
_____
_____

To make this decision, we spoke with the following people, reviewed the following documents, and performed the following investigation [list]:
_____
_____

If you disagree with this decision you may contact the Department of Housing and Urban Development (202) 708-1112 to discuss this matter further.

Sincerely,

Signature:_____  Date_____
Name: _____  Title:_____

Requestor acknowledges receipt of this completed form:
Signature: _____  Date:_____