IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. |
| DOUGLASS MANAGEMENT INC. and DIANE DOUGLASS, | ) ) ) ) | |
| Defendants. | ) ) | |

**APPENDIX E**

**NOTICE TO POTENTIAL VICTIMS OF HOUSING DISCRIMINATION**

On _____, 2005, the United States District Court for the District of Columbia entered a Consent Order resolving a housing discrimination lawsuit brought by the United States against the owner and manager of the Sulgrave Manor Apartments. The lawsuit alleges that the owner and manager of Sulgrave Manor have refused to make reasonable accommodations in their no-pet policy when such accommodations may be necessary to afford a person with a handicap equal opportunity to use and enjoy a dwelling.

The Consent Order also establishes a Settlement Fund to compensate persons who have been harmed as a result of this discrimination at Sulgrave Manor. You or members of your family may be qualified to recover from the Settlement Fund if you or members of your family:

- were discouraged from living at Sulgrave Manor because of a refusal to make a reasonable accommodation in rules, policies, practices, or services, when such accommodations may be necessary to afford a person with a disability equal opportunity to use and enjoy a dwelling;

- were discouraged from living at Sulgrave Manor because of a disability or the disability of someone living with you;

- requested and were denied a reasonable accommodation for your disability or the disability of someone who was living with you.

*If you believe you have been harmed because of your disability at Sulgrave Manor, or if you have information about someone else who may have been harmed, please contact the United States Department of Justice at:*

1-800-896-7743
leave message in mailbox X

*You may also write to:*
**United States Department of Justice**
**Civil Rights Division**
**Housing and Civil Enforcement Section**
*950 Pennsylvania Ave. N.W. -G St*
*Washington, DC 20530*

You <u>must</u> call or write on or before [no more than 90 days after _____, 2005,] and your message or letter <u>must</u> include your name, address, and, if possible, at least TWO telephone numbers where you may be reached.

Page 22 of 26