IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                              )<br>              Plaintiff,                            )<br>                                                              )<br>v.                                                          )          Civil Action No.<br>                                                              )<br>DOUGLASS MANAGEMENT INC. and )<br>DIANE DOUGLASS,                            )<br>                                                              )<br>              Defendants.                      )<br>_____) | |

### APPENDIX G

### CERTIFICATION OF RECEIPT OF CONSENT ORDER

I have received a copy of the Consent Order entered in of <u>United States</u> v. <u>Douglass Management, Inc., et al.</u> This Consent Order was explained to me by my employer and all my questions were answered concerning it. I have read and understand the Consent Order.

(Signature)

(Print name)

(Date)